**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

LAWRENCE SAVOCA

                      Petitioner,           16 **CIVIL** 4465 (VB)

    -against-                            **<u>JUDGMENT</u>**

UNITED STATES OF AMERICA
                      Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 6, 2023, petitioner has been resentenced and an amended judgment has been entered in the criminal case. Accordingly, petitioner's Section 2255 motion to vacate, set aside, or correct his sentence imposed on February 16, 2005, is GRANTED.

**DATED:** New York, New York
           June 06, 2023

                                                            **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                        **BY:**

                                                              **Deputy Clerk**